# EXHIBIT 1

**Registration Number**

# VA 2-450-005

**Effective Date of Registration:**
March 07, 2025
**Registration Decision Date:**
June 25, 2025

## Title

**Title of Work:** Metaphor: ReFantazio Premium Digital Artbook

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** October 11, 2024
**Nation of 1st Publication:** Japan

## Author

- **Author:** Atlus Co., Ltd.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** Japan

## Copyright Claimant

**Copyright Claimant:** SEGA Corporation
Sumitomo Fudosan Osaki Garden Tower, 1-1-1 Nishi-Shinagawa, Shinagawa-ku, Tokyo, 141-0033, Japan
**Transfer statement:** By written agreement

## Certification

**Name:** Craig Mende
**Date:** March 07, 2025
**Applicant's Tracking Number:** KSS 2506119

**Correspondence:** Yes